# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE, TENNESSEE

| | | |
|---|---|---|
| TINA MORGAN,<br>360 Jody Lane<br>Williamsburg, KY 40769 | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | No.: 3:03-CV-423<br>JURY DEMAND |
| TANGER OUTLET CENTERS, INC.<br>1645 Parkway, Suite 960<br>Sevierville, TN 37862<br>registered agent:<br>Prentice-Hall Corporation System, Inc.<br>2908 Poston Avenue<br>Nashville, TN 37203 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| and | ) <br> ) <br> ) | |
| Tony Rayfield and Brenda Rayfield<br>d/b/a East Tennessee Supervac<br>616 Eastgate Road<br>Sevierville, TN 37862 | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## AGREED ORDER

Upon Motion of the Plaintiff, Tina Morgan, requesting additional time within which to file a response to the Defendants' Motion to Exclude Causation Testimony of Michael J. Klitzke, Ph.D. and by agreement of the parties as attested by their signatures below, it is hereby

ORDERED that Plaintiff shall have an additional twenty (20) days up to and including the date of August 19, 2005 in order to respond.

s/ H. Bruce Guyton
United States Magistrate Judge

Entered this _____ day of _____, 2005.

_____
Honorable

**APPROVED FOR ENTRY**

s/James A.H. Bell
James A.H. Bell, BPR # 000775
Attorney for the Plaintiff
110 West Summit Hill Drive
Knoxville, TN  37902
(865) 637-2900

s/Lisa J. Hall
Lisa J. Hall, BPR # 018730
Attorney for Defendant Tanger
617 W. Main Street
P.O. Box 869
Knoxville, TN  37901
(865) 292-2307

s/Benjamin C. Mullins
Benjamin C. Mullins, BPR # 0209024
Attorney for Defendant Tanger
550 W. Main Street , Suite 500
P.O. Box 39
Knoxville, TN  37901
(865) 546-9321

s/Charles F. Sterchi, III
Charles F. Sterchi, III, BPR # 006769
Attorney for Defendant Rayfield
P.O. Box 2485
Knoxville, TN  37901
(865) 546-1831